# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ESTATE OF GLORIA DECKARD, DAVID I. GRUNFELD, ADMINISTRATOR AD LITEM, T/A BEER HUT, | : | No. 651 MAL 2015 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioners | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : | |
| | : | |
| Respondent | : | |
| | : | |
| ACME MARKETS, INC., | : | |
| | : | |
| Intervenor | : | |
| MALT BEVERAGE DISTRIBUTORS ASSOCIATION, | : | No. 850 MAL 2015 |
| | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : | |
| | : | |
| Respondent | : | |
| | : | |
| WEIS MARKETS, INC., | : | |
| | : | |
| Intervenor | : | |
| MALT BEVERAGE DISTRIBUTORS ASSOCIATION, | : | No. 830 MAL 2015 |
| | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |

                                              :
            v.                                :
                                              :
                                              :
                                              :
                                              :
PENNSYLVANIA LIQUOR CONTROL                   :
BOARD,                                        :
                                              :
            Respondent                        :
                                              :
                                              :
NICK, CFM, LLC,                               :
                                              :
                                              :
            Intervenor                        :
                                              :
MECHANICSBURG DISTRIBUTING, INC.              :   No. 849 MAL 2015
AND 6485 CARLISLE PIKE                        :
ASSOCIATES, L.P.,                             :
                                              :
                                              :   Petition for Allowance of Appeal from
            Petitioners                       :   the Order of the Commonwealth Court
                                              :
                                              :
                                              :
            v.                                :
                                              :
                                              :
                                              :
PENNSYLVANIA LIQUOR CONTROL                   :
BOARD,                                        :
                                              :
            Respondent                        :
                                              :
                                              :
GIANT FOOD STORES, LLC,                       :
                                              :
                                              :
            Intervenor                        :
                                              :
MALT BEVERAGE DISTRIBUTORS                    :   No. 851 MAL 2015
ASSOCIATION,                                  :
                                              :
                                              :
            Petitioner                        :   Petition for Allowance of Appeal from
                                              :   the Order of the Commonwealth Court
                                              :
                                              :
            v.                                :
                                              :
                                              :
                                              :
PENNSYLVANIA LIQUOR CONTROL                   :
BOARD,                                        :
                                              :
            Respondent                        :
                                              :

WEIS MARKETS, INC.,                        :

                      Intervenor        :

MALT BEVERAGE DISTRIBUTORS       :   No. 852 MAL 2015
ASSOCIATION AND DERR               :
ENTERPRISES, INC.,                      :
                                :   Petition for Allowance of Appeal from
                    Petitioners       :   the Order of the Commonwealth Court
                                :
                                :
                     v.               :
                                :
                                :
PENNSYLVANIA LIQUOR CONTROL       :
BOARD,                                  :
                                :
                    Respondent       :
                                :
WEIS MARKETS, INC.,                     :
                                :
                    Intervenor       :

DUFFER'S BEVERAGE, LLC,            :   No. 853 MAL 2015
                                :
                    Petitioner       :
                                :   Petition for Allowance of Appeal from
                                :   the Order of the Commonwealth Court
                     v.               :
                                :
                                :
PENNSYLVANIA LIQUOR CONTROL       :
BOARD,                                  :
                                :
                    Respondent       :
                                :
WEIS MARKETS, INC.,                     :
                                :
                    Intervenor       :

MALT BEVERAGE DISTRIBUTORS       :   No. 854 MAL 2015
ASSOCIATION,                            :
                                :
                    Petitioner       :   Petition for Allowance of Appeal from
                                :   the Order of the Commonwealth Court
                                :

v.             :

PENNSYLVANIA LIQUOR CONTROL     :
BOARD,                             :

            Respondent      :

WEIS MARKETS, INC.,           :

            Intervenor

| MALT BEVERAGE DISTRIBUTORS ASSOCIATION, | : | No. 855 MAL 2015 |
|---|---|---|
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : | |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : | |
| Respondent | : | |
| GIANT EAGLE, INC., | : | |
| Intervenor | : | |

| MALT BEVERAGE DISTRIBUTORS ASSOCIATION AND STAR BEVERAGE, INC., | : | No. 115 MAL 2016 |
|---|---|---|
| Petitioners | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : | |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : | |
| Respondent | : | |
| OHIO SPRINGS, INC., | : | |
| Intervenor | : | |

# ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of August  2016, the Petition for Allowance of Appeal is **DENIED**.